MARCIAL SUÁREZ SUÁREZ y ATILANO LANZO, demandantes y apelantes, *v.* TELESFORO HERNÁNDEZ et al., demandados y apelados.

No. 4333.—*Visto:* Noviembre 9, 1927. *Resuelto:* Noviembre 23, 1927.

1. DESAHUCIO—DESAHUCIO EN PRECARIO—PROCEDENCIA DEL MISMO—CONFLICTOS DE TÍTULOS.—Cuando la prueba de los demandados tiende a demostrar que ellos han vivido en la finca como dueños por espacio de treinta años, asociándose para pagar las contribuciones y permaneciendo la finca indivisa, y que son herederos o sucesores de los primitivos dueños, no procede el desahucio.

2. DESAHUCIO—DESAHUCIO EN PRECARIO—SENTENCIA—EN GENERAL.—La resolución que declare la no procedencia del desahucio por existir un conflicto de títulos, nada prejuzga; las cortes están abiertas para que, en el pleito ordinario que corresponda, las partes puedan dirimir dicho conflicto.

SENTENCIA de *Pablo Berga,* J. (San Juan), declarando con lugar demanda de desahucio, con costas. *Confirmada.*

*C. Coll y Cuchí* y *Soto Rivera,* abogados de los apelantes; *Luis A. Castro,* abogado de los apelados.

EL JUEZ PRESIDENTE SEÑOR DEL TORO, emitió la opinión del tribunal.

Se trata de un caso de desahucio dirigido contra cuarenta y dos demandados. La corte de distrito declaró la demanda sin lugar porque entendió que demostrando las alegaciones y las pruebas un verdadero conflicto de títulos, no era el procedimiento de desahucio el apropiado para dirimirlo.

No conformes los demandantes apelaron. Hemos estudiado cuidadosamente los autos y los alegatos presentados por los dichos demandantes y a nuestro juicio la sentencia recurrida debe confirmarse.

La prueba de los demandados tiene más alcance del que le atribuyen los apelantes. Tiende a demostrar que los demandados vivían en la finca como dueños desde hace más

de treinta años, asociándose todos para pagar las contribuciones y permaneciendo la finca en estado indiviso. Fueron dos los primitivos dueños según un testigo y los demás son herederos o sucesores de ellos.

Bajo esas circunstancias era claramente aplicable la repetida jurisprudencia de este tribunal que dice que cuando surge un conflicto de títulos, no es procedente el juicio de desahucio.

En cuanto a que al menos debió declararse con lugar la demanda en relación con algunos demandados diremos que si se estudian bien los testimonios de los que declararon, hay que concluir que se extienden a todos. No existe una prueba detallada referente a la condición de cada uno. Pero ello no era necesario. No se trata aquí de resolver en definitiva el caso. Parece que todos los demandados están más o menos ligados por lazos de parentesco y que se entienden entre sí en cuanto al disfrute de la finca. Cada vez que se penetra más en los autos, en la situación que revelan, surge más clara la necesidad y la justicia de la resolución dictada por la corte de distrito.

Dicha resolución nada prejuzga. Las puertas de la corte quedan enteramente abiertas para los demandantes. Pero ellos deben acudir a un pleito ordinario en el que lo mismo que ellos tendrán los demandados la oportunidad de esclarecer los hechos en forma tal que pueda dictarse una sentencia justa.

*Debe declararse sin lugar el recurso y confirmarse la sentencia apelada.*